

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00088-CV

| | | |
|---|---|---|
| LEJ Development Corporation and L.E. Jowell, Jr. | § | From the 96th District Court |
| | § | of Tarrant County (96-254517-11) |
| v. | § | July 25, 2013 |
| Southwest Bank | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants LEJ Development Corporation and L.E. Jowell, Jr. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Anne Gardner